FILED

06 SEP -1 AM 11:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>BECHTEL CORPORATION,<br><br>　　　　　　　　　Defendant. | CASE NO. 04 CV 1414 H (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On August 30, 2006, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. Appearing for Plaintiff were Marcus Jackson and James Stiefel. Appearing for Defendant were Thomas McInerney and Charles McCarthy.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1.　The Rule 26(f) conference shall be completed before *September 22, 2006*;

2.　A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. *on or before October 11, 2006*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

- 1 -

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur *before October 18, 2006*;

4. Counsel and parties are ordered to appear *on October 25, 2006 at 9:30 a.m.* at in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: August 31, 2006

WILLIAM McCURINE, JR.
United States Magistrate Judge

CC: ALL PARTIES AND COUNSEL OF RECORD